NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3103

SYLVESTER E. HARDING,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board
in DC0432080306-I-1.

ON MOTION

## O R D E R

Upon consideration of Sylvester E. Harding's motion for leave to file a replacement joint appendix,

IT IS ORDERED THAT:

The motion is granted. The replacement joint appendix is due within 14 days of the date of filing of this order.

FOR THE COURT

AUG 0 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   M. Jefferson Euchler, Esq.
      Dawn E. Goodman, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 07 2009

JAN HORBALY
CLERK